THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.: 1:22-CV-10451-ADB

| | |
|---|---|
| CORTON, LLC dba BATARD, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| LEXINGTON INSURANCE COMPANY, | ) <br> ) |
| Defendant. | ) <br> ) |

**PLAINTIFF'S MOTION TO REMAND AND FOR AN AWARD OF ATTORNEY FEES**

Plaintiff, Corton, LLC, for the reasons set forth in the attached memorandum, respectfully moves for an order remanding this case to the Massachusetts Superior Court from which it was improperly removed on the grounds of diversity of citizenship by defendant, Lexington Insurance Company, a citizen of Massachusetts. This case presents no federal questions and removal of this case is specifically prohibited by 28 USC §1441(b)(2).

Plaintiff also respectfully moves under 28 USC §1447(c) for an award of attorney fees and costs associated with the preparation and filing of this motion. Defendant did not have an objectively reasonable basis for removal of this case in light of 28 USC §1441(b)(2) and the District of Massachusetts decisions construing and applying it.

Respectfully submitted,
CORTON, LLC dba BATARD

By its Attorneys,

*/s/ Nina Pickering-Cook*
Nina L. Pickering-Cook (BBO #668030)
npickeringcook@andersonkreiger.com
Tamara Wolfson (BBO #544347)
twolfson@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
617-621-6536

Dated: April 25, 2022

*Pro Hac Vice Application Forthcoming*:

John W. Houghtaling, LA BAR NO. 25099
john@gmhatlaw.com
Jennifer Perez, LA BAR NO. 38370
jennifer@gmhatlaw.com
GAUTHIER MURPHY & HOUGHTALING LLC
3500 N. Hullen Street
Metairie, Louisiana, 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system, and will be served upon the attorney of record for each party registered to receive electronic service on this 25th day of April 2022.

*/s/ Nina Pickering Cook*
Nina Pickering-Cook

2